UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANDOVER HEALTHCARE, INC., ) | |
| ) | Case No. 1:17-cv-10620-LTS |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| JOHNSON & JOHNSON CONSUMER, INC., ) | |
| ) | |
| Defendant. ) | |

## **WITHDRAWAL OF JACK I. SIEGAL**

NOW COMES undersigned counsel, Jack I. Siegal, and hereby withdraws as counsel for Defendant Johnson & Johnson Consumer, Inc.  Brendan P. Mitchell of Devine, Millimet & Branch, P.A., and other counsel of record remain as counsel for Johnson & Johnson Consumer, Inc.

Respectfully submitted,

DEVINE, MILLIMET & BRANCH, P.A.

Dated:  December 15, 2017        /s/ Jack I. Siegal_____
Jack I. Siegal (BBO# 669173)
DEVINE, MILLIMET & BRANCH, P.A.
Two Oliver St. 10th Floor
Boston, MA 02109
(617) 778-7500
(617) 778-7501 (fax)
jsiegal@devinemillimet.com

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 15th day of December, 2017.

/s/ Jack I. Siegal
Jack I. Siegal