# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANDOVER HEALTHCARE, INC., <br> a Massachusetts corporation, <br><br> Plaintiff, <br><br> v. <br><br> JOHNSON & JOHNSON CONSUMER INC., <br> a New Jersey corporation, <br><br> Defendant. | Civil Action No. 17-cv-10620-LTS |

## WITHDRAWAL OF BRENDAN P. MITCHELL

NOW COMES undersigned counsel, Brendan P. Mitchell, and hereby withdraws as counsel for Defendant JOHNSON & JOHNSON CONSUMER INC. All other counsel of record remain as counsel for JOHNSON & JOHNSON CONSUMER INC.

Dated: July 03, 2018

    Respectfully submitted,

    DEVINE, MILLIMET & BRANCH, P.A.

    /s/ Brendan P. Mitchell
    Brendan P. Mitchell (BBO# 633835)
    DEVINE, MILLIMET & BRANCH, P.A.
    111 Amherst Street
    Manchester, NH 03101
    (603) 695-8738
    bmitchell@devinemillimet.com

## Certificate of Service

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 3rd day of July, 2018.

                                                        /s/ Brendan P. Mitchell
                                                        Brendan P. Mitchell